UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br><br>  Plaintiff,<br><br>  v.<br><br>HARVEER HUNDAL,<br><br>  Defendant. | No. 1:19-cv-00455-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 10, 22) |

Plaintiff Volvo Financial Services filed this suit against defendant Harveer Hundal on April 9, 2019, alleging various claims arising from the alleged breach of four contracts. (Doc. No. 1.) On September 27, 2019, plaintiff moved for entry of default judgment. (Doc. No. 10.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for default judgment be granted in part and denied in part. (Doc. No. 22). The findings and recommendations were served on both parties and contained notice that any objections were to be filed within fourteen (14) days of service. (*Id.* at 9.) No objections have been filed and the time to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 15, 2020 (Doc. No. 22) are adopted in full;

2. Plaintiff's motion for default judgment is granted in part;

    a. Plaintiff is awarded the following damages:

        i. $318,279.22 in contractual damages;

        ii. $112,388.94 in default interest through September 30, 2019;

        iii. $38,034.37 in additional prejudgment interest from October 1, 2019 through May 28, 2020;

    b. Plaintiff is further awarded post-judgment interest accruing at the legal rate; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 28, 2020**              /s/ Dale A. Drozd
                                     UNITED STATES DISTRICT JUDGE